UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AARON MICHAEL WOOSLEY,

Petitioner,

v.

EDWARD BORLA,

Respondent.

No. 2:25-cv-2619-TLN-JDP

**ORDER**

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 21.) Petitioner filed objections to the findings and recommendations which the Court has considered herein. (ECF No. 23.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 1, 2026 (ECF No. 21) are ADOPTED in full;

2. Respondent's motion to dismiss (ECF No. 14) is GRANTED and the habeas petition is DISMISSED;

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of Court is directed to close this case and to enter judgment accordingly.

IT IS SO ORDERED.

Date: July 21, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE