UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AARON MICHAEL WOOSLEY,

Petitioner,

v.

EDWARD BORLA,

Respondent.

No. 2:25-cv-02619-TLN-JDP

**ORDER**

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2026, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 32.) Petitioner filed objections four days after the deadline. (ECF No. 35.) While untimely, the Court has nevertheless considered those objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

After the findings and recommendations had been filed, but before Petitioner had filed his objections, he submitted another motion for reconsideration and request for evidentiary hearing on September 14, 2026. (ECF No. 33.) The Court has reviewed this second motion and finds that it also fails to give the Court any cause to reconsider its dismissal of the petition. Specifically, the second motion for reconsideration does not identify any newly discovered evidence or other reason that justifies relief. The Court therefore denies the second motion for reconsideration.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed September 10, 2026 (ECF No. 26) are ADOPTED in full.

2. Petitioner's motions for reconsideration filed August 10, 2026 and September 14, 2026 (ECF Nos. 26 & 33) are DENIED.

IT IS SO ORDERED.

DATE: November 9, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE